B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: The Baptist Home of Philadelphia d/b/a Deer Meadows Retirement Community
Debtor(s)

Case No. _____
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  April 25, 2014          Signature  _/s/ Lisa Sofia_
                                         Lisa Sofia
                                         President and Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

The Baptist Home of Philadelphia d/b/a Deer Meadows Retirement Community
Top 20 Outstanding Balances
as of April 23, 2014

| | Name | Add1 | Add2 | Add3 | Phone | Balance |
|---|---|---|---|---|---|---|
| 1 | REHABCARE GROUP, INC. | SRS DIVISION | P.O. BOX 503534 | ST. LOUIS, MO 63150-3534 | (800)-677-1238 | 784,640.46 |
| 2 | SODEXHO, INC & AFFILIATES | BOX 360170 | PITTSBURGH PA 15251-6170 | | (866)-372-3160 | 489,838.67 |
| 3 | RESPIRATORY HEALTH SERVICES | PO BOX 7247-6524 | PHILADELPHIA, PA 19170-6524 | | (800)-952-4403 | 329,361.04 |
| 4 | RED LINE/McKESSON MED SURGICAL | LOCKBOX #630693 | 5050 KINGSLEY DRIVE | CINCINNATI, OH 45263-0693 | (800)-328-8111 | 205,617.50 |
| 5 | SHELLY'S MEDICATION SERVICES | 2522 PEARL BUCK ROAD - UNIT A | BRISTOL, PA 19007 | | (215)-785-6616 | 192,771.74 |
| 6 | SECURITY BENEFIT LIFE INSURANCE COMPANY | P.O. BOX 750560 | TOPEKA, KS 66675-0560 | | | 115,498.98 |
| 7 | NURSING FUND | P.O. BOX 22470 | PHILADELPHIA, PA 19110 | | (999)-999-9999 | 99,582.00 |
| 8 | PA UC FUND | OFFICE OF UC TAX SERVICES | PO BOX 60848 | HARRISBURG, PA 17106-0848 | (312)-829-8904 | 71,463.03 |
| 9 | KREG THERAPEUTICS | 2240 W. WALNUT | CHICAGO, IL 60612 | | (610)-667-1048 | 69,005.00 |
| 10 | STR CONSULTING GROUP, INC. | 332 LANTWYN LANE | NARBERTH, PA 19072-2008 | | (215)-335-6180 | 48,535.00 |
| 11 | NAZARETH HOSPITAL | PO BOX 824269 | PHILADELPHIA, PA 19182-4269 | | (610)-862-2249 | 42,271.44 |
| 12 | CBIZ ACCOUNTING, TAX & ADIVSO | P.O. BOX 404189 | ATLANTA, GA 30384-4189 | | (856)-324-0621 | 38,900.00 |
| 13 | ALLIED ELEVATOR | 809 HYLTON ROAD | SUITE 8 | PENNSAUKEN, NJ 08110 | | 36,717.00 |
| 14 | U.S. BANK OPERATIONS CENTER | LOCKBOX SERVICES - 9705 | 1200 ENERGY PARK DRIVE | ST. PAUL, MN 55108 | (215)-761-9317 | 35,012.14 |
| 15 | HERBERT J. SIMS & CO., INC. | 2150 POST ROAD, SUITE 301 | FAIRFIELD, CT 06824 | | (203)-418-9000 | 30,000.00 |
| 16 | LifeStar Response Of N.J. | P.O. Box 827299 | Philadelphia, Pa. 19182-7299 | | (800)-864-7523 | 29,750.00 |
| 17 | HILLYARD - DELAWARE VALLEY | P.O. BOX 873976 | KANSAS CITY, MO 64187-3976 | | (215)-674-5400 | 28,125.46 |
| 18 | TRAINING & UPGRADING FUND | P.O. BOX 22470 | PHILADELPHIA, PA 19110 | | | 25,766.91 |
| 19 | MAYFAIR PROFESSIONAL OFFICE, P | 7439 FRANKFORD AVE | PHILADELPHIA, PA 19136 | | (215)-333-9484 | 24,439.41 |
| 20 | REINSEL KUNTZ LESHER LLP | PO BOX 8408 | LANCASTER, PA 17604-8408 | | (717)-394-5666 | 20,954.79 |