## UNITED STATES DEPARTMENT OF JUSTICE
## OFFICE OF THE UNITED STATES TRUSTEE
## EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:                                          Chapter 11

THE BAPTIST HOME OF
PHILADELPHIA                                               Case No. 14-13305 (ELF)

                                                                                      APPOINTMENT OF COMMITTEE
                      Debtor(s).                        OF UNSECURED CREDITORS

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **McKesson Medical-Surgical Minneapolis Supply**; 8121 10th Avenue North, Golden Valley, MN 55427; Attn:  Tammy Ferguson; Phone:  (800) 328-8111 ext.69016; Fax:  (763) 398-8736; E-Mail: tammy.ferguson@mckesson.com;

2. **RehabCare Group East, Inc., d/b/a RehabCare Group Therapy Services Inc.,** C/O Fultz Maddox Hovious & Dickens, PLC., 101 South Fifth Street, Suite 2700, Louisville, Kentucky 40202; Attn: Phillip A. Martin; Phone: (502) 588-2000; Fax: (502) 588-2020; E-Mail: pmartin@fmhd.com;

3. **Respiratory Health Services, LLC**., C/O Fultz Maddox Hovious & Dickens, PLC., 101 South Fifth Street, Suite 2700, Louisville, Kentucky; Attn:  Phillip A. Martin; Phone:  (502) 588-2000/Fax:  (502) 588-2020; E-Mail: pmartin@fmhd.com;

4. **Shelly's Medication Services, Inc.,** 2522 Pearl Buck Road, Unit A, Bristol, PA 19007; Attn:  David Perez; Phone: (215) 785-1014; Fax:  (215) 785-1902; E-Mail: dperez@rxdn.com;

5. **Sodexo Operations, LLC.,** 283 Cranes Roost Boulevard, Suite 260, Altamonte Springs, FL  32701; Attn:  Bradley Hamman; Phone:  (407) 951-1258; E-Mail: brad.hamman@sodexo.com;

                                            Roberta A. DeAngelis
                                            United States Trustee
                                            Region 3

                                            */s/ Dave P. Adams for*
                                            Frederic J. Baker
                                            Assistant United States Trustee

DATED:  May 6, 2014
Attorney assigned to this case:  Dave P. Adams, Trial Attorney (215) 597-4411