**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| The Baptist Home of Philadelphia d/b/a Deer | ) | Case No. 14-13305 (ELF) |
| Meadows Retirement Community, *et al.*[1], | ) |  |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE
ASSUMED AND ASSIGNED, PURSUANT TO SECTION 365 OF THE BANKRUPTCY
CODE, IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE
DEBTORS' ASSETS, AND THE PROPOSED CURE AMOUNTS**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.      On June 27, 2014, the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Court") entered an Order Granting Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures in Connection With Sale of Substantially All of the Estates' Assets, (B) Scheduling an Auction and Hearing to Consider the Proposed Sale and (C) Approving the Form and Manner of Notice Thereof (the "Bidding Procedures Order"), which, among other things, establishes bidding procedures (the "Bidding Procedures") that govern the manner in which all or substantially all of the assets (the "Purchased Assets") of the above-captioned debtors (the "Debtors") are to be sold.  All capitalized terms used but not defined herein shall have the meanings assigned to them in the Bidding Procedures Order.  A copy of the Bidding Procedures Order – which itself attaches the Bidding Procedures – is being served on you concurrently with this Notice.

2.      In accordance with the Bidding Procedures, the Debtors hereby file this Notice (the "Cure Notice") identifying: (i) those executory contracts and unexpired leases that may be assumed and assigned to a potential purchaser in connection with the Debtors' sale of the Purchased Assets (the "Executory Contracts and Unexpired Leases"); and (ii) the proposed cure amount (the "Cure Amount") associated with each Executory Contract and Unexpired Lease.

3.      A list of the Executory Contracts and Unexpired Leases, together with the Cure Amount for each, is attached to this Cure Notice as Exhibit 1.  The Debtors' records show that other than the Cure Amount, no other defaults exist under the Executory Contracts and Unexpired Leases.

---

[1]      The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are The Baptist Home of Philadelphia d/b/a Deer Meadows Retirement Community (4330) and The Baptist Home Foundation (7309).

4.      You have been identified as possibly being a party to an Executory Contract or Unexpired Lease.

5.      **If you wish to assert an objection to the proposed Cure Amount associated with the particular Executory Contract or Unexpired Lease to which you are a party, and/or to the assumption and assignment of an Executory Contract or Unexpired Lease, you must file a written objection with the Court on or before <u>August 20, 2014</u>.**

6.      Timely objections to the Debtors' proposed Cure Amounts and to the assumption and assignment of any Executory Contract and/or Unexpired Lease, if any, will be heard at the Sale Hearing, which is scheduled to take place on **<u>August 27, 2014 at 10:00 a.m. (ET)</u>** before the Honorable Eric L. Frank, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of Pennsylvania, Courtroom 1, 900 Market Street, Philadelphia, PA 19107.

7.      **If you do not file and serve a timely objection to a proposed Cure Amount listed on <u>Exhibit 1</u> to this Cure Notice pursuant to the instructions set out in this Cure Notice, you may be forever barred from objecting to such Cure Amount.**

8.      The presence of a contract or agreement on <u>Exhibit 1</u> attached hereto does not constitute an admission that such contract or agreement is an executory contract, and does not constitute a representation that such contract or agreement will be assumed and assigned to any Successful Bidder.  The Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on <u>Exhibit 1</u> attached hereto.

9.      This Cure Notice is qualified in its entirety by the Bidding Procedures Order.

Dated:  July 11,  2014                    COZEN O'CONNOR


                                          <u>*/s/ John T. Carroll, III*</u>
                                          John T. Carroll, III
                                          Eric L. Scherling
                                          1900 Market Street
                                          Philadelphia, PA 19103
                                          Telephone:  (215) 665-2000
                                          Facsimile:  (215) 665-2013
                                          jcarroll@cozen.com
                                          escherling@cozen.com

                                          *Counsel for Debtors and Debtors-in-Possession*

19017564\4 15569.0001.000/349456.000
07/11/2014

**Exhibit 1**

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| | | |
| Abbott Nutrition<br>P.O. Box 182023<br>Columbus, OH 43218 | Oral and Tube Feed | 0 |
| Abington Hospital<br>1200 Old York Road<br>Abington, PA 19001 | Transfer Agreements | 0 |
| Accelecare Wound<br>10900 NE 4th Street<br>Suite 1900<br>Bellevue, WA 98004 | Wound Care services | 0 |
| Accelerated Care Plus Leasing Inc.<br>ACPL a Hanger Company<br>4850 Joule Street<br>Building A-1<br>Reno, NV 89502 | Clinical Service and Therapeutic Modality Equipment Operating lease Omnicycle®Elite | 1,300.00 |
| AD Computer (JetPay)<br>3939 West Drive<br>Center Valley, PA 18034 | Payroll | 0 |
| ADP<br>One ADP Boulevard<br>Roseland, NJ 07068 | Time and Labor Management Agreement | 0 |
| Aetna<br>1425 Union Meeting Road<br>Blue Bell, PA 19422 | Insurance | 0 |
| Allied Elevator Company<br>809 Hylton Road, Suite 8<br>Pennsauken, NJ 08110 | Elevator | 36,517.00 |
| Amerinet<br>260 Craigshire Road<br>St. Louis, MO 63146 | Purchasing Group | 0 |
| Asepsis<br>424 W. Lincoln Highway, Suite 204<br>Penndel, PA 19047 | Trash (Med Waste) | 2,111.50 |
| Beacon Medaes<br>1800 Overview Drive<br>Rock Hill, SC 29730 | Gas Equipment (Medical) | 0 |
| Belmont<br>6593 Roosevelt Boulevard<br>Philadelphia, PA 19149 | Dialysis | 0 |
| BHP Services<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Management Services Agreement | 0 |

1

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| Blue Cross<br>1901 Market Street<br>Philadelphia, PA   19103 | Insurance | 0 |
| Care Tracker<br>140 South Friendship Drive<br>New Concord, OH   43762 | Clinical Documentation | 0 |
| Cintas (Red Lion)<br>1038 Conshohocken Road<br>Conshohocken, PA  19428 | Fire Safety | 11,904.63 |
| Cintas Shredding ONLY<br>P.O. Box 633842<br>Cincinnati, OH   45263 | Shredding | 4,881.87 |
| Coin Automatic Laundry Equipment Company<br>(CALECO)<br>P.O. Box 1239<br>Airport Road & Wilson Drive<br>West Chester, PA  19380 | Rental Agreement<br>Washers and Dryers | 527.53 |
| Comcast Cable<br>11360 Northeast Avenue<br>Philadelphia, PA   19116 | Cable Internet/2 TV's | 74.12 |
| Compassionate Care<br>600 Highland Avenue, Suite 624<br>Westampton, NJ   08060 | Hospice | 0 |
| Compliance Concepts<br>103 Bradford Road<br>Suite 320<br>Wexford, PA   15090 | Corporate Compliance | 0 |
| Cricket Communication (satellite) – AP Wireless<br>9373 Towne Centre Drive<br>San Diego, CA  92121 | Technology | 0 |
| Crossroads<br>523 Plymouth Meeting Road<br>Plymouth Meeting, PA   19066 | Hospice | 0 |
| Davita<br>601 Hawaii Street<br>Lel Segundo, CA   90245 | Dialysis | 0 |
| Deer Meadows Home Health and Support Services, LLC<br>Attn:  Stanley Rynkiewicz, RN<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Management Services Agreement | 23,724.65 |

2

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| District 1199C, National Union of Hospital and Health Care Employees AFSCME AFL-CIO 9-25 Alling Street 4h Floor Newark, NJ 07102-4301 | Collective Bargaining Agreement | 151,404.15 |
| Einstein Hospital 5501 Old York Road Philadelphia, PA  19141 | Transfer Agreements | 0 |
| Elliott-Lewis 2900 Black Lake Place Philadelphia, PA   19154 | Chillers | 9,052.00 |
| EM-Star 300 Domino Lane Philadelphia, PA   19128 | Ambulance | 5,426.65 |
| Energy Reduction Group 4498 NE Skyline Drive Jensen Beach, FL  34957 | Energy Reduction | 0 |
| Excel Micro 505 Kedron Avenue Folsom, PA 19033 | Service Agreement McAfee Email Protection & Continuity McAfee Email Encryption | 0 |
| Fresenius Home Dialysis 920 West Inter Street Waltham, MA  02451 | Dialysis | 0 |
| Fresenius Temple 920 West Inter Street Waltham, MA  02451 | Dialysis | 0 |
| Fresinius Nazareth 920 West Inter Street Waltham, MA  02451 | Dialysis | 0 |
| Genesis Rehab a//k/a Respiratory Health Services 101 East State Road Kennett Square, PA   19348 | Respiratory | 396,877.48 |
| GenServe 80 Sweeneydale Avenue Bayshore, NY 11706 | Generator | 1,350.00 |
| Gentleman's Touch 2851 Holme Avenue Philadelphia, PA   19152 | Hair | 4,706.45 |
| Golden Slipper 7800 Bustleton Avenue Philadelphia, PA   19152 | Transfer Agreements | 0 |

3

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| Graham Company<br>One Penn Square West<br>Philadelphia, PA   19102 | Insurance/Risk Management | 0 |
| GTS Welco – Praxair<br>5275 Tilghhman Street<br>Allentown, PA  18104 | Oxygen | 8,834.60 |
| Health Information Professionals<br>727 Foss Avenue<br>Drexel Hill, PA   19026 | Medical Records | 1,639.86 |
| Health Partners<br>833 Chestnut Street, Suite 900<br>Philadelphia, PA   19107 | Insurance | 0 |
| Heartland<br>P.O. Box 10086<br>Toledo, OH   43699 | Hospice | 0 |
| HESS<br>5200 Upper Metro Place, Suite 170<br>Dublin, OH  43017 | Gas (Natural) | 759.28 |
| Holisticare<br>11311 Lancaster Avenue, Suite 200<br>Berwyn, PA   19312 | Hospice | 0 |
| Holy Redeemer<br>1648 Huntingdon Pike<br>Meadowbrook, PA   19046 | Hospice | 0 |
| Hudson Energy<br>P.O. Box 142109<br>Irving, TX  75014 | Electricity | 0 |
| IKON Financial Services<br>a Ricoh Company<br>1738 Bass Road<br>Macon, GA  31210 | Lease Agreement<br>Ricoh MP2851SP Basic Powerpak | 547.80 |
| IKON Financial Services<br>a Ricoh Company<br>1738 Bass Road<br>Macon, GA  31210 | Lease Agreement<br>Ricoh MPC5000<br>Ricoh MP8001<br>Ricoh MP3351 | 6,842.24 |
| Immaculate Mary Nursing Home<br>2990 Holme Avenue<br>Philadelphia, PA   19136 | Transfer Agreement | 0 |
| Immediate Homecare  Hospice<br>2920 Olga Avenue<br>Bensalem, PA   19020 | Hospice | 0 |
| Iron Mountain Medical Records Storage ONLY<br>2500 Henderson Drive<br>Sharon Hill, PA  19079 | Storage Medical Records | 9,776.73 |

4

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| J.P. Mascaro & Sons<br>2650 Audubon Road<br>Audubon, PA   19403 | Trash | 11,646.34 |
| Kennedy Law Firm<br>P.O. Box 5100<br>Harrisburg, PA  17110 | Billing (MA Collections) | 18,589.37 |
| Life Choice<br>200 Dryden Road, Suite 3300<br>Dresher, PA   19025 | Hospice | 0 |
| Lifestar<br>1740 Easton Avenue<br>Bethlehem, PA   18018 | Ambulance | 42,500.00 |
| Lincoln Tech<br>2180 Hornig Road<br>Philadelphia, PA   19116 | Nursing School | 0 |
| LTC<br>7 Randolph Road<br>Howell, NJ   07731 | Billing | 0 |
| Mail Finance<br>a Neopost USA Company<br>478 Wheelers Farms Road<br>Milford, CT  06461 | Lease Agreement<br>Postage | 0 |
| McAffee<br>c/o Excel Micro<br>505 Kedron Avenue<br>Folsom, PA  19033 | Technology | 0 |
| McKesson Medical Surgical<br>8121 Tenth Avenue North<br>Golden Valley, MN   55427 | Medical Supplies and<br>Equipment | 222,108.93 |
| McKesson (National Rehab)<br>8121 Tenth Avenue North<br>Golden Valley, MN   55427 | Medical Supplies (Part B) | 0 |
| Mitel Leasing Inc.<br>10603 W. Sam Houston Parkway North<br>Suite 400<br>Houston, TX  77064 | Lease Agreement | 0 |
| Mitel/Pay-Tech/Intertel<br>10603 West Sam Houston Parkway N<br>Suite 400<br>Houston, TX  77064 | Telephone | 0 |
| Symphony Mobilex USA<br>a/k/a Mobilex<br>101 Rock Road<br>Horsham, PA   19044 | X-Ray | 23,555.75 |

5

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| Nazareth Hospital<br>2601 Holme Avenue<br>Philadelphia, PA   19152 | Transfer Agreement | 0 |
| Nazareth Hospital Outreach<br>2601 Holme Avenue<br>Philadelphia, PA   19152 | Phlebotomy | 54,444.13 |
| Northeastern Hospital<br>2301 E. Allegheny Avenue<br>Philadelphia, PA   19134 | Transfer Agreements | 0 |
| One America<br>P.O. Box 368<br>Indianapolis, IN   46206 | 403B | 0 |
| Optum/United Healthcare<br>680 Blair Mill Road<br>Horsham, PA   19044 | Insurance | 0 |
| P & A Nurses' Aide Training<br>141 E. Hunting Park Avenue<br>Philadelphia, PA   19124 | Nursing School | 0 |
| Patriot Ambulance<br>P.O. Box 51303<br>Philadelphia, PA   19115 | Ambulance | 100.00 |
| Penn Credit<br>916 South 14th Street<br>Harrisburg, PA   17104 | Collections | 414.20 |
| Wescom Solutions<br>a/k/a PointClickCare<br>6975 Creditview Road, Unit 4<br>Mississauga, ON L5N  8E9 | Clinical Software | 1,432.53 |
| Prism<br>233 Needham Street<br>Newton, MA   02464 | Nursing School | 0 |
| QIO and CMS<br>2601 Market Place Street, Suite 320<br>Harrisburg, PA   17110 | Quality Insights | 0 |
| Quest Diagnostics<br>900 Business Center Drive<br>Horsham, PA   19044 | Laboratory | 0 |
| Region Fire Safety<br>Attn:   Joseph Flores<br>123 Thorndike Road<br>Philadelphia, PA  19115 | Fire Education | 1,370.00 |
| Rehab Care Group (Kindred)<br>680 South Fourth Street<br>Louisville, KY  40202 | Therapy | 979,542.58 |

6

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| Rescue Tech Ambulance Inc.<br>465 A Veit Road<br>Huntingdon Valley, PA   19006 | Ambulance | 4,780.00 |
| Ricoh USA Program provided by<br>GE Capital<br>P.O. Box 9115<br>Macon, GA  31210 | Lease Agreement<br>Copier RI MP5500 | 8,769.88 |
| Saint John Neumann Nursing Home<br>10400 Roosevelt Boulevard<br>Philadelphia, PA   19152 | Transfer Agreement | 0 |
| Sharps Landscaping Inc.<br>7911 North Radcliffe Street<br>Bristol, PA   19007 | Landscaping | 9,663.20 |
| Shelly's Medication Services<br>2522 Pearl Buck Road<br>Unit A-C<br>Bristol, PA   19007 | Pharmacy | 322,911.96 |
| SilverChair<br>310 E. Main Street<br>Suite 110<br>Charlottesville, VA   22902 | Education | 0 |
| Sodexo Operations, Inc. LLC<br>9801 Washington Boulevard<br>Gaithersburg, MD   20878 | Management Agreement<br>Dining/Vending<br>Housekeeping | 484,660.37 |
| Stanley Access Technology<br>3135 Stoney Creek Road<br>Norristown, PA   19401 | Automatic Doors | 1,615.27 |
| Stellar Private Cable Systems<br>815 E. Tallmadge Avenue<br>Akron, OH   44310 | Cable Senior TV | 7,490.32 |
| STR Consulting Group Inc.<br>332 Lantwyn Lane<br>Narberth, PA 19072 | Technology | 55,490.00 |
| TCS Pharmacy Consultants<br>Attn:   Thomas C. Snader<br>238 Lawn Avenue<br>Sellersville, PA   18960 | Pharmacy Consultant | 9,377.12 |
| Technical Gas Products Inc.<br>d/b/a O2 Safe Solutions<br>66 Leonardo Drive<br>North Haven, CT  06473 | Mattress Rental Agreement<br>Mattresses Technical Gas | 22,358.00 |
| Temple Northeastern<br>2301 E. Allegheny Avenue<br>Philadelphia, PA   19134 | Nursing School | 0 |

7

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| Thomas Jefferson University<br>111 South 11th Street<br>Philadelphia, PA   19107 | Transfer Agreement | 0 |
| TL Management LLC<br>c/o Donald Reavey, Esq.<br>Capozzi Adler PC<br>P.O. Box 5866<br>Harrisburg, PA 17110 | Bed Transfer Agreement | 20,000.00 |
| University of Pennsylvania<br>133 South 36th Street, Suite 300<br>Philadelphia, PA  19104 | Transfer Agreements | 0 |
| Unemployment Services Trust (UST)<br>P.O. Box 22657<br>Santa Barbara, CA  93121 | Unemployment Compensation | 101,337.35 |
| Visiting Nurse  Association<br>One Winding Drive<br>Philadelphia, PA  19131 | Hospice | 0 |
| VITAS<br>1787 Sentry Parkway West<br>Building 16, Suite 400<br>Blue Bell, PA   19422 | Hospice | 0 |
| Wesley Enhanced Living of Pennypack<br>8401 Roosevelt Boulevard<br>Philadelphia, PA   19152 | Transfer Agreement | 0 |
| Western Pest<br>800 Lanidex Plaza, 2nd floor<br>Parsippany, NJ   08054 | Exterminator | 2,844.00 |
| Woodhaven<br>1336 Bristol Pike, Units B<br>Bensalem, PA  19020 | Dialysis | 0 |

8

| Healthcare Residents [1] | Healthcare Admission Agreement | |
|---|---|---|
| **Counterparty** | **Description of Contract** | **Cure Amount** |
| | | |
| J.A.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| S.A.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| M.A.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| G.A.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| R.B.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| J.B.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| C.B. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| C.B. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| B.B.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |

---

[1] Initials of residents used for HIPAA compliance.   Debtor will issue notices using full names.

19017564\4 15569.0001.000/349456.000
07/11/2014

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| | | |
| T.B. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| W.B.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| D.B. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| D.B. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| T.B. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| D.B. (No. 3)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| I.B.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| F.B.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| A.B.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| D.C.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| E.C. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |

10

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| | | |
| S.C.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| A.C.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| J.C.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| K.C.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| E.C. (No 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| P.C.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| J.D.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| I.D.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| P.D.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| M.D.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| D.D.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |

11

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| | | |
| S.E.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| H.E.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| E.E.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| H.F. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| J.F.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| A.F.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| T.F.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| M.F.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| O.F.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| H.F. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| J.G.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |

12

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| | | |
| R.G.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| V.G.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| S.G.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| M.G.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| W.G.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| K.H.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| R.H.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| J.H. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| D.H.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| J.H. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| A.H.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |

13

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| | | |
| F.H.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| C.H.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| M.H.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| M.J.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| A.J.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| B.J.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| R.J.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| P.K. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| V.K. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| V.K. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| M.K. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |

19017564\4 15569.0001.000/349456.000
07/11/2014

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| | | |
| D.K. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| M.K. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| D.K. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| P.K. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| G.K.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| R.K. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| R.K. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| A.K.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| J.K.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| V.K. (No. 3)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| H.K.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |

15

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
|  |  |  |
| N.K.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| E.K.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| S.K.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| B.L. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| B.L. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| H.L.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| F.L. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| J.L.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| F.L. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| C.L.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| E.L.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |

16

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| | | |
| J.M. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| C.M. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| G.M. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| D.M. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| C.M. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| G.M. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| M.M.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| D.M. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| J.M. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| L.M.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| E.M.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| | | |
| V.M.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| R.M.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| W.M.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| C.M. (No. 3)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| F.M.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| E.N.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| C.N.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| M.N. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| H.N.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| M.N. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| M.O. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |

18

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| | | |
| M.O. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| P.P.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| M.P. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| W.P.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| T.P.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| M.P. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| G.P.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| J.P.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| M.P. (No. 3)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| B.P.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |
| E.Q.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA 19152 | Healthcare Admission Agreement | 0 |

19

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| | | |
| K.R.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| E.R.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| C.R.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| G.R.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| M.R.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| S.S.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| W.S.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| R.S. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| B.S. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| M.S.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| N.S.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |

20

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
|  |  |  |
| A.S.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| D.S.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| J.S.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| Y.S.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| L.S.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| R.S. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| B.S. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| A.T.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| V.V.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| J.W. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| C.W. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
|  |  |  |
| H.W.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| W.W.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| T.W.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| C.W. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| J.W. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| E.W.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| K.Y.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| G.Z.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |
| C.Z.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | Healthcare Admission Agreement | 0 |

19017564\4 15569.0001.000/349456.000
07/11/2014

| Resident Agreements [2] | Personal Care (PC), or, Independent Living (IL) | |
|---|---|---|
| **Counterparty** | **Description of Contract** | **Cure Amount** |
| | | |
| A.M. (No. 1) Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA 19152 | IL | 0 |
| A.S. (No. 1) Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA 19152 | PC | 0 |
| A.B. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA 19152 | IL | 0 |
| A.M. (No. 2) Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA 19152 | PC | 0 |
| A.S. (No. 2) Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA 19152 | PC | 0 |
| A.W. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA 19152 | PC | 0 |
| A.R. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA 19152 | PC | 0 |
| A.N. Deer Meadows Retirement Community | PC | 0 |

---

[2] Initials of residents used for HIPAA compliance. Debtor will issue notices using full names.

19017564\4 15569.0001.000/349456.000
07/11/2014

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| 8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | | |
| A.M. (No. 3)<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| A.D.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| B.B.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |
| C.B.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| C.C.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |
| C.W.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| C.K.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| C.R. (No. 1)<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| C.R. (No. 2)<br>Deer Meadows Retirement<br>Community | IL | 0 |

24

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| 8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | | |
| D.M.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| D.K.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| D.R.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| D.W.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |
| E.B. (No. 1)<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| E.M.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| E.F.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| E.H.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| E.T.<br>Deer Meadows Retirement<br>Community | IL | 0 |

25

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| 8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | | |
| E.V.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| E.W.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |
| E.B. (No. 2)<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| E.B. (No. 3)<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| F.N.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| F.W.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |
| F.C.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| G.C.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| G.M.<br>Deer Meadows Retirement<br>Community | PC | 0 |

19017564\4 15569.0001.000/349456.000
07/11/2014

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| 8301 Roosevelt Boulevard Philadelphia, PA  19152 | | |
| G.F. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | IL | 0 |
| G.A. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | IL | 0 |
| G.B. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | IL | 0 |
| H.F. (No. 1) Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| H.C. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| H.K. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| H.P. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| H.F. (No. 2) Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| I.F. Deer Meadows Retirement Community | IL | 0 |

27

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| 8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | | |
| I.R.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| J.M. (No. 1)<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| J.H.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| J.V.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| J.O.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| J.T.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| J.M. (No. 2)<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |
| J.M. (No. 3)<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| J.M. (No. 4)<br>Deer Meadows Retirement<br>Community | PC | 0 |

19017564\4 15569.0001.000/349456.000
07/11/2014

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| 8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | | |
| J.M. (No. 5)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| J.L.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| K.M.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| L.J.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| L.K.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| L.S. (No. 1)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| L.S. (No. 2)<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| L.D.<br>Deer Meadows Retirement Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |
| M.B. (No. 1)<br>Deer Meadows Retirement Community | PC | 0 |

19017564\4 15569.0001.000/349456.000
07/11/2014

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| 8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | | |
| M.C.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |
| M.E.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |
| M.G. (No. 1)<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |
| M.G. (No. 2)<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |
| M.M.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |
| M.R.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| M.C.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| M.K.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |
| M.F.  (No. 1)<br>Deer Meadows Retirement<br>Community | PC | 0 |

30

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| 8301 Roosevelt Boulevard Philadelphia, PA  19152 | | |
| M.B. (No. 2) Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | IL | 0 |
| M.F. (No. 2) Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| M.J. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| M.L. (No. 1) Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | IL | 0 |
| M.E. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| M.S. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| M.B. (No. 3) Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| M.L. (No. 2) Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | IL | 0 |
| N.H. (No. 1) Deer Meadows Retirement Community | PC | 0 |

31

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| 8301 Roosevelt Boulevard Philadelphia, PA  19152 | | |
| N.H. (No. 2) Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | IL | 0 |
| P.W. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| P.Z. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| R.Q. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | IL | 0 |
| R.R. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | IL | 0 |
| R.B. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | IL | 0 |
| R.C. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| R.K. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | IL | 0 |
| R.S. Deer Meadows Retirement Community | PC | 0 |

19017564\4 15569.0001.000/349456.000
07/11/2014

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| 8301 Roosevelt Boulevard Philadelphia, PA  19152 | | |
| R.G. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| R.M. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| R.Y. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | IL | 0 |
| S.R. (No. 1) Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | IL | 0 |
| S.T. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| S.R. (No. 2) Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| T.K. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | IL | 0 |
| T.G. Deer Meadows Retirement Community 8301 Roosevelt Boulevard Philadelphia, PA  19152 | PC | 0 |
| T.C. Deer Meadows Retirement Community | PC | 0 |

19017564\4 15569.0001.000/349456.000
07/11/2014

| Counterparty | Description of Contract | Cure Amount |
|---|---|---|
| 8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | | |
| T.H.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | PC | 0 |
| W.S.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |
| W.M.<br>Deer Meadows Retirement<br>Community<br>8301 Roosevelt Boulevard<br>Philadelphia, PA  19152 | IL | 0 |

34